# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JAMES DANIEL LIND AND MICHELE LIND,** *Plaintiffs* | § § § § | |
| **v.** | § § | Case No. 1:23-CV-01285-DII |
| **TIFFIN MOTOR HOMES, INC.,** *Defendant* | § § § | |

## **O R D E R**

Defendant filed its Answer to Plaintiffs' Complaint on April 9, 2024. Dkt. 11. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **June 27, 2024**.

**SIGNED** on June 13, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE